# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. ALLISON, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; <br><br> Defendant. | CASE NO.: 2:21-cv-03009-AB (JEMx) <br><br> Honorable Andre Birotte Jr. <br><br> **ORDER TO DISMISS ACTION WITH PREJUDICE AND RETAIN JURSIDICTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> Action Filed: April 7, 2021 |

The stipulation is approved. The entire action, including all claims and defenses against all parties, is hereby dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS HEREBY ORDERED**

Dated: August 3, 2021

Honorable Andre Birotte Jr.
United States District Court Judge